IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. SAAVEDRA, | ) |
| Plaintiff(s), | ) No. C 05-4445 CRB (PR) |
| vs. | ) ORDER |
| EDWARD ALAMEIDA, JR., et al., | ) (Doc # 6) |
| Defendant(s). | ) |

Plaintiff's motion (doc # 6) for leave to file an amended complaint in this closed prisoner action for damages is DENIED. Plaintiff's complaint was dismissed for failure to state a claim under the authority of 28 U.S.C. § 1915A and judgment was entered in favor of defendants. Plaintiff sets forth no basis whatsoever for reopening this closed matter and allowing amendment at this stage. He does not even submit a proposed amended complaint purporting to rectify the insufficiencies of his claims.

SO ORDERED.

DATED: April 28, 2006

CHARLES R. BREYER
United States District Judge